

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA      :

    -v.-                          :

BARTIS RAFAEL PEGUERO,        :
   a/k/a "Luis Santiago,"
                           :
           Defendant.
                           :

- - - - - - - - - - - - - - - - - -x



COUNT ONE

08 CRIM 683

The Grand Jury charges:

From in or about November 2007 up to and including in or about July 2008, in the Southern District of New York and elsewhere, BARTIS RAFAEL PEGUERO, a/k/a "Luis Santiago," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been removed from the United States on or about August 22, 2001, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about January 9, 1997, in New York State Supreme Court, New York County, for Criminal Sale of a Controlled Substance in the Second Degree, a Class A Felony, in violation of New York Penal Law 220.41, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2)).

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

BARTIS RAFAEL PEGUERO,
a/k/a "Luis Santiago,"

Defendant.

INDICTMENT

08 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

RC
7/23/08

*Indictment filed, case assigned to Judge Stein.*

*F. Haas, USMJ*