AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

United States of America

v.

Bartis Rafael Peguero
a/k/a "Luis Santiago"

**APPEARANCE**

Case Number: 08 Cr. 683

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Bartis Rafael Peguero
a/k/a "Luis Santiago"

I certify that I am admitted to practice in this court.

7/24/08
Date

*Sarah Baumgartel* (signature)

| Sarah Baumgartel | SB0019 |
| Print Name | Bar Number |

Federal Defenders, 52 Duane St., 10th Fl.
Address

| New York | NY | 10007 |
| City | State | Zip Code |

(212) 417-8772     (212) 571-0392
Phone Number     Fax Number